IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KRISTIN CROCKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT LIVING SYSTEMS, LLC,<br><br>Defendant. | Case No.: 1:23-cv-21226-RNS |

**NOTICE OF RELATED ACTIONS**

1. Plaintiff Kristin Crockett, by and through undersigned counsel and pursuant to Local Rule 3.8 of the Local Rules for the United States District Court for the Southern District of Florida, hereby files a Notice of Related Actions and states as follows:

2. The instant case is related to the following matters pending in the Southern District of Florida:

*Geleng v. Independent Living Systems, LLC*, Case No. 1:23-cv-21060-KMW

*Basulto v. Independent Living Systems, LLC*, Case No. 1:23-cv-21061-RNS

*Riggins v. Independent Living Systems, LLC*, Case No. 1:23-cv-21071-JEM

*Koester v. Independent Living Systems, LLC*, Case No. 1:23-cv-21093-BB

*Jensen v. Independent Living Systems, LLC*, Case No. 1:23-cv-21098-JEM

*Holcombe v. Independent Living Systems, LLC*, Case No. 1:23-cv-21131-DPG

*Cliver v. Independent Living Systems, LLC*, Case No. 1:23-cv-21134-RKA

*Ramirez v. Independent Living Systems, LLC*, Case No. 1:23-cv-21148-JEM

*Perez v. Independent Living Systems, LLC*, Case No. 1:23-cv-21154-CMA

*Fisher v. Independent Living Systems, LLC,* Case No. 1:23-cv-21193-BB

*Berres v. Independent Living Systems, LLC*, Case No. 1:23-cv-21200-DPG

3. The instant case is also related to *Toledo v. Independent Living Systems, LLC*, Case No. 23STCV06489, pending in superior court in Los Angeles County, California.

Dated: March 30, 2023

Respectfully submitted,

*/s/ Nathan Zipperian*
Nathan Zipperian (FBN 61525)
**MILLER SHAH LLP**
1625 N. Commerce Pkwy, Suite 320
Fort Lauderdale, FL 33326
Phone: 866-540-5505
Facsimile: 866-300-7367
nczipperian@millershah.com

Charles E. Schaffer (pro hac to be filed)
**LEVIN, SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
cschaffer@lfsblaw.com

Jeffrey S. Goldenberg (pro hac to be filed)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

**Counsel for Plaintiff and Proposed Class**