United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Kristin Crockett, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-21226-Civ-Scola |
| | ) | |
| Independent Living Systems, LLC, | ) | |
| Defendant. | ) | |

### Order Granting Motion to Stay Case Deadlines Pending Ruling on Motion to Consolidate in the First-Filed Action

This matter comes before the Court on the Unopposed Motion of Defendant Independent Living Systems, LLC ("ILS") to Stay Case Pending Resolution of Motion to Consolidate in First-Filed Action (the "Motion"). (ECF No. 14.) Upon consideration of the Motion, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion is **granted**. (**ECF No. 14**.)

2.     The case, including all deadlines, is **stayed** pending resolution of the Motion to Consolidate Cases filed in the first-filed related action, captioned *Geleng v. Independent Living Systems LLC*, No. No. 23-cv-21060-KMW, (S.D. Fla.), ECF No. 8.

3.     The Clerk is **directed** to administratively **close** this case during the pendency of the stay. The parties must file a status report advising this Court of the status of the Motion to Consolidate Cases every 60 days; the first one is due by **June 23, 2023**. Any party may move to reopen this matter upon resolution of the Motion to Consolidate Cases.

**Done and ordered** in Miami, Florida, on April 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge