United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Kristin Crockett, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-21226-Civ-Scola |
| | ) | |
| Independent Living Systems, LLC, | ) | |
| Defendant. | ) | |

### Order Transferring Case

    This action involves facts and issues that are substantially similar to an earlier-filed action pending before Judge Williams (Case No. 23-21060-Civ-Williams). In keeping with Internal Operating Procedure 2.15.00 of this Court, the judges involved have determined that that this action should be transferred to the judge to whom the earlier-filed action is assigned. Subject to Judge Williams's consent, the Court directs the Clerk to **transfer** this case to Judge Williams, consistent with Internal Operating Procedure 2.15.00.

    **Done and ordered** in Miami, Florida, on July 21, 2023.

                                                    Robert N. Scola, Jr.
                                                    United States District Judge

    After reviewing this matter, I accept the transfer of this action, and order that all future filings in this action bear the case number **23-21226-Civ-Williams**, indicating the judge to whom all filings should be routed or otherwise brought for attention.

    **This transfer is accepted** on July 21, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE